KNICKERBOCKER VILLAGE, INC., Landlord, Appellant, *v.* GEORGE GREIF et al., Tenants, Respondents.

Supreme Court, Appellate Term, First Department, May 6, 1948.

*Kenneth C. Newman* and *Benjamin Newman* for appellant.

*William B. Sandler, Isadore Kupfer* and *Joseph Levine* for George Greif and others, respondents.

*Samuel Rubin* for Harry Wasserman, respondent.

*George Langberg* for William L. Hughes, respondent.

*Barney Rosenstein* and *Joseph H. Rothstein* for Anna Lackow and others, respondents.

*Joseph Levine* and *Isadore Kupfer* for May A. Brown and others, respondents.

*George Katzowitch* for Abraham Fradkin and another, respondents.

Final orders affirmed, with $25 costs as of one appeal.

Concur: HAMMER, HOFSTADTER and HECHT, JJ.